UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

VON MORRIS CORPORATION

                Plaintiff(s),

CIVIL # 06-228 (RBK)

-vs-

**ORDER OF DISMISSAL**

DELTANA ENTERPRISES, INC.,

                Defendant(s).

---

It having been reported to the Court that the above-captioned action has been settled;

It is on this 22nd **Day of** October ,20 08 ;

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

                                                          HON. ROBERT B. KUGLER, U.S.D.J.

cc: Hon. Ann Marie Donio, U.S. Magistrate
    Craig S. Hilliard, Esq.
    Richard D. Gallucci, Jr., Esq.
    Gary N. Wilcox, Esq.
    Sherilyn Pastor, Esq.
    File